United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                 Case No. 19-15749-elf
Uraina Watkins                                                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR               Page 1 of 1              Date Rcvd: Apr 09, 2020
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
db             +Uraina Watkins,    217 E. 5th Street,    Lansdale, PA 19446-2611

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2020 04:46:11      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:
      PAUL H. YOUNG    on behalf of Debtor Uraina  Watkins support@ymalaw.com, ykaecf@gmail.com,
       paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                       TOTAL: 5

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 13

Debtor:   URAINA WATKINS                    BANKRUPTCY NO. 19-15749

ORDER

AND NOW, upon consideration of the Application for Compensation (the Application) filed by the Debtor's counsel (the Applicant)l and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.
2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,250.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C., Section 330(a){4)(B), the allowed compensation set forth in paragraph 2 less $0 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date: 4/8/20

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE