# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-15749-ELF

URAINA  WATKINS

217 E. 5TH STREET

LANSDALE, PA 19446-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

URAINA  WATKINS

217 E. 5TH STREET

LANSDALE, PA 19446-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

Date: 9/24/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee