# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re** URAINA WATKINS | : | CHAPTER 13 |
| | : | |
| **Debtor(s)** | : | BANKRUPTCY NO. 19-15749 |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Uraina Watkins, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by Pennsylvania Housing Finance Agency on October 13, 2022. Debtors believe they can become current on all post-petition payments due under the December 8, 2021 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: October 18, 2022