*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Uraina Watkins
    Debtor(s)

Case No: 19–15749–elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of re: 217 East 5th Street, Lansdale, PA 19446 Filed by DENISE ELIZABETH CARLON on behalf of Pennsylvania Housing Finance Agency

on: 11/1/22

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/18/22

Timothy B. McGrath
Clerk of Court

85 – 83
Form 167