United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-15749-elf

Uraina Watkins     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 18, 2022     Form ID: 167     Total Noticed: 37

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Uraina Watkins, 217 E. 5th Street, Lansdale, PA 19446-2611 |
| 14443317 | + | Pennsylvania Housing Finance Agency, C/O EBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14388888 | + | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 14388887 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |
| 14388892 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 00:17:31 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388870 | | Email/Text: collectors@arresourcesinc.com | Oct 19 2022 00:02:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14388871 | | Email/Text: collectors@arresourcesinc.com | Oct 19 2022 00:02:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14388868 | + | Email/Text: EBNProcessing@afni.com | Oct 19 2022 00:02:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388869 | + | Email/Text: EBNProcessing@afni.com | Oct 19 2022 00:02:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388873 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 19 2022 00:06:04 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14388872 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 19 2022 00:17:31 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14415025 | | Email/PDF: bncnotices@becket-lee.com | Oct 19 2022 00:17:37 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14388875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2022 00:17:42 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14388874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 19 2022 00:17:42 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14388877 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 19 2022 00:02:00 | Comenitycapital/gmstop, Po Box 182120, Columbus, OH 43218-2120 |
| 14388876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 19 2022 00:02:00 | Comenitycapital/gmstop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14388878 | + | Email/Text: csd1clientservices@cboflanc.com | Oct 19 2022 00:02:00 | Credit Bureau of Lancaster County, Inc, Po Box 1271, Lancaster, PA 17608-1271 |
| 14388879 | + | Email/Text: csd1clientservices@cboflanc.com | Oct 19 2022 00:02:00 | Credit Bureau of Lancaster County, Inc, 218 West |

Case 19-15749-elf    Doc 86    Filed 10/20/22    Entered 10/21/22 00:31:40    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: 167 | Total Noticed: 37 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Orange St, Lancaster, PA 17603-3746 |
| 14388881 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2022 00:02:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14388880 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 19 2022 00:02:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14388883 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2022 00:02:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14388882 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 19 2022 00:02:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14388884 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 19 2022 00:02:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14442576 | ^ | MEBN | Oct 19 2022 00:00:21 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14420316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 19 2022 00:17:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14388885 | + | Email/Text: blegal@phfa.org | Oct 19 2022 00:02:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14388886 | + | Email/Text: blegal@phfa.org | Oct 19 2022 00:02:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14450717 | + | Email/Text: blegal@phfa.org | Oct 19 2022 00:02:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14393858 | | Email/Text: bnc-quantum@quantum3group.com | Oct 19 2022 00:02:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14389348 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 00:06:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388889 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 00:06:09 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14388890 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 19 2022 00:17:42 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14388891 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 19 2022 00:06:04 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14388893 | | Email/Text: edbknotices@ecmc.org | Oct 19 2022 00:02:00 | Us Dept Ed, Po Box 4222, Iowa City, IA 52244 |
| 14388895 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 19 2022 00:02:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14388894 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 19 2022 00:02:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 18, 2022 | Form ID: 167 | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2022 at the address(es) listed below:**

**Name**            **Email Address**

BRIAN CRAIG NICHOLAS
　　　　　　　　on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CAMERON DEANE
　　　　　　　　on behalf of Debtor Uraina Watkins cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com

DENISE ELIZABETH CARLON
　　　　　　　　on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

KENNETH E. WEST
　　　　　　　　ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
　　　　　　　　on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTHEW LOUIS RAZZANO
　　　　　　　　on behalf of Debtor Uraina Watkins mrazzano@msn.com  support@ymalaw.com

PAUL H. YOUNG
　　　　　　　　on behalf of Debtor Uraina Watkins support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com

United States Trustee
　　　　　　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Uraina Watkins
    Debtor(s)

Case No: 19−15749−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default of re: 217 East 5th Street, Lansdale, PA 19446 Filed by DENISE ELIZABETH CARLON on behalf of Pennsylvania Housing Finance Agency

on: 11/1/22

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 10/18/22

For The Court

Timothy B. McGrath
Clerk of Court

85 − 83
Form 167