# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-15749-amc

URAINA WATKINS

217 E. 5TH STREET

LANSDALE, PA 19446-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    URAINA WATKINS

    217 E. 5TH STREET

    LANSDALE, PA 19446-

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG, ESQ
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020-

                                /S/ Kenneth E. West

Date: 4/4/2023                                    _____

                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee