*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Uraina Watkins
    Debtor(s)

Case No: 19–15749–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of Pennsylvania Housing Finance Agency (related document(s)63, 70, 69). (Attachments: # 1 Exhibit – Mailed Notice of Default # 2 Exhibit – Court–Approved Stipulation

    on: 10/17/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/14/23

Timothy B. McGrath
Clerk of Court