United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-15749-amc |
| Uraina Watkins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 14, 2023 | Form ID: 167 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Uraina Watkins, 217 E. 5th Street, Lansdale, PA 19446-2611 |
| 14388878 | + | Credit Bureau of Lancaster County, Inc, Po Box 1271, Lancaster, PA 17608-1271 |
| 14388879 | + | Credit Bureau of Lancaster County, Inc, 218 West Orange St, Lancaster, PA 17603-3746 |
| 14443317 | + | Pennsylvania Housing Finance Agency, C/O EBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14388888 | + | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 14388887 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |
| 14388892 | + | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14388870 | | Email/Text: collectors@arresourcesinc.com | Sep 14 2023 23:35:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14388871 | | Email/Text: collectors@arresourcesinc.com | Sep 14 2023 23:35:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14388868 | + | Email/Text: EBNProcessing@afni.com | Sep 14 2023 23:36:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388869 | + | Email/Text: EBNProcessing@afni.com | Sep 14 2023 23:36:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388873 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2023 23:45:16 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14388872 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2023 23:45:46 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14415025 | | Email/PDF: bncnotices@becket-lee.com | Sep 14 2023 23:45:57 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14388875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2023 23:44:01 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14388874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 14 2023 23:45:18 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14388877 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2023 23:36:00 | Comenitycapital/gmstop, Po Box 182120, Columbus, OH 43218-2120 |
| 14388876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 14 2023 23:36:00 | Comenitycapital/gmstop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14388881 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 14 2023 23:36:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14388880 | + | Email/Text: electronicbkydocs@nelnet.net | Sep 14 2023 23:36:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14388883 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

Case 19-15749-amc   Doc 97   Filed 09/16/23   Entered 09/17/23 00:27:00   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2023 | Form ID: 167 | Total Noticed: 36 |

| | | | | |
|---|---|---|---|---|
| 14388882 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 14 2023 23:35:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| | | | Sep 14 2023 23:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14388884 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 14 2023 23:36:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14442576 | ^ | MEBN | Sep 14 2023 23:32:52 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14420316 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2023 23:43:59 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14388885 | + | Email/Text: blegal@phfa.org | Sep 14 2023 23:36:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14388886 | + | Email/Text: blegal@phfa.org | Sep 14 2023 23:36:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14450717 | + | Email/Text: blegal@phfa.org | Sep 14 2023 23:36:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14393858 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2023 23:36:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14389348 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:44:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388889 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:45:19 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14388890 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:44:51 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14388891 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 14 2023 23:45:08 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14388893 | | Email/Text: edbknotices@ecmc.org | Sep 14 2023 23:35:00 | Us Dept Ed, Po Box 4222, Iowa City, IA 52244 |
| 14388895 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 14 2023 23:35:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14388894 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 14 2023 23:35:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023              Signature:       /s/Gustava Winters

Case 19-15749-amc    Doc 97    Filed 09/16/23    Entered 09/17/23 00:27:00    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 14, 2023 | Form ID: 167 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CAMERON DEANE | on behalf of Debtor Uraina Watkins cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARK A. CRONIN | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| MATTHEW LOUIS RAZZANO | on behalf of Debtor Uraina Watkins mrazzano@msn.com support@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Uraina Watkins support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Uraina Watkins
    Debtor(s)

Case No: 19−15749−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Terms Filed by MARK A. CRONIN on behalf of Pennsylvania Housing Finance Agency (related document(s)63, 70, 69). (Attachments: # 1 Exhibit − Mailed Notice of Default # 2 Exhibit − Court−Approved Stipulation

    on: 10/17/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/14/23

Timothy B. McGrath
Clerk of Court