BL9956416

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IN RE:  URAINA WATKINS

Chapter: 13
Bankruptcy No: 19-15749

## **WITHDRAWAL OF CLAIM**

Capital One, N.A., by and through its counsel, withdraws its Proof of Claim Number 3 filed on November 1st, 2019, for account number 1410 and in the amount of $515.90.

Respectfully submitted,

By:  /s/ Larry Butler

Larry Butler, Claims Administrator
Becket & Lee LLP
PO Box 3001
Malvern, PA 19355-0701
610-228-2570
proofofclaim@becket-lee.com

DATE:    8/8/2025