Certificate Number: 03621-PAE-DE-041120144

Bankruptcy Case Number: 19-15749



03621-PAE-DE-041120144

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 22, 2026, at 10:15 o'clock AM EDT, Uraina Watkins completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 22, 2026          By:     /s/Ashley Bradley

                               Name:   Ashley Bradley

                               Title:   Credit Counselor