**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   URAINA WATKINS | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No.  19-15749 PMM |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to dismiss filed on April 21, 2026. Docket entry #108, #109, #110 and cancel the hearing continued to 9/15/2026.

Respectfully submitted,

/s/ Kenneth E. West, Esq

June 25, 2026

Kenneth E. West
Chapter 13 Standing Trustee