**Fill in this information to identify the case:**

Debtor 1        **URAINA  WATKINS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number    **19-15749-AMC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   PA HOUSING FINANCE AGY/HEMAP

**Court claim no.**  (if known):
6

**Last 4 digits** of any number you use to identify the debtor's account:    9   7   1   7

**Property Address:**   217 E. 5TH STREET
Number        Street

LANSDALE                                          PA      19446
City                                                   State    ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
|---|---|

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $      36,549.91 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $      36,549.91 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $      10,940.68 |
| d.  Total amount of arrearages disbursed by the trustee: | $      47,490.59 |

| Part 4: | Postpetition Payment |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.  Total amount of postpetition payments disbursed by the trustee as of date of notice:            $ _____ -0-

b.  The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee:            $ _____ -0-

| Part 6: | A Response Is Required By Bankruptcy Rule 3002.1(g)(3) |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____            Date    07/15/2026
Signature

Trustee    Kenneth E. West _____
First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701 _____
Number        Street

Philadelphia _____            PA      19106 _____
City                                      State     ZIP Code

Contact phone   (215) 627-1377 _____        Email  info@ph13trustee.com _____

| Debtor 1 | URAINA WATKINS | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| | Name | | Case Number **19-15749-AMC** | | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 11/10/2020 | 2517189 | Disbursement To Creditor/Principal | 51.45 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 12/09/2020 | 2518659 | Disbursement To Creditor/Principal | 721.25 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 02/10/2021 | 2521541 | Disbursement To Creditor/Principal | 708.91 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 03/08/2021 | 2523047 | Disbursement To Creditor/Principal | 736.00 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 04/09/2021 | 2524510 | Disbursement To Creditor/Principal | 736.00 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 06/09/2021 | 2527562 | Disbursement To Creditor/Principal | 736.00 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 08/09/2021 | 2530449 | Disbursement To Creditor/Principal | 1,265.00 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 10/08/2021 | 3000673 | Disbursement To Creditor/Principal | 736.00 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 11/09/2021 | 3002050 | Disbursement To Creditor/Principal | 2,198.91 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 12/09/2021 | 3003404 | Disbursement To Creditor/Principal | 721.28 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 04/12/2022 | 3008634 | Disbursement To Creditor/Principal | 282.05 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 06/09/2022 | 3011244 | Disbursement To Creditor/Principal | 1,132.89 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 08/16/2022 | 3013841 | Disbursement To Creditor/Principal | 1,189.53 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 10/11/2022 | 3016170 | Disbursement To Creditor/Principal | 580.61 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 11/15/2022 | 3017451 | Disbursement To Creditor/Principal | 601.85 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 01/10/2023 | 3019945 | Disbursement To Creditor/Principal | 580.60 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 02/08/2023 | 3021143 | Disbursement To Creditor/Principal | 580.60 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 04/12/2023 | 3023645 | Disbursement To Creditor/Principal | 580.61 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 06/13/2023 | 3026090 | Disbursement To Creditor/Principal | 2,265.77 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 07/13/2023 | 3027227 | Disbursement To Creditor/Principal | 580.60 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 09/18/2023 | 3029551 | Disbursement To Creditor/Principal | 601.85 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 10/10/2023 | 3030570 | Disbursement To Creditor/Principal | 1,097.49 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 12/21/2023 | 4000410 | Disbursement To Creditor/Principal | 1,163.67 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 03/12/2024 | 4003093 | Disbursement To Creditor/Principal | 831.19 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 04/10/2024 | 4004010 | Disbursement To Creditor/Principal | 415.60 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 07/17/2024 | 4006799 | Disbursement To Creditor/Principal | 3,271.44 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 07/17/2024 | 4006799 | Cancelled Check To Creditor/Principal | -3,271.44 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 07/17/2024 | 4007364 | Disbursement To Creditor (Principal) | 3,271.44 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 08/14/2024 | 4007727 | Disbursement To Creditor/Principal | 588.76 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 09/11/2024 | 4008571 | Disbursement To Creditor/Principal | 588.76 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 10/16/2024 | 4009437 | Disbursement To Creditor/Principal | 595.30 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 12/11/2024 | 4011191 | Disbursement To Creditor/Principal | 595.30 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 02/12/2025 | 4012905 | Disbursement To Creditor/Principal | 595.31 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 03/12/2025 | 4013755 | Disbursement To Creditor/Principal | 599.51 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 04/15/2025 | 4014612 | Disbursement To Creditor/Principal | 1,400.72 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 05/14/2025 | 4015495 | Disbursement To Creditor/Principal | 595.30 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 08/13/2025 | 4018026 | Disbursement To Creditor/Principal | 574.29 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 09/10/2025 | 4018864 | Disbursement To Creditor/Principal | 595.31 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 10/15/2025 | 4019712 | Disbursement To Creditor/Principal | 595.30 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 11/19/2025 | 4020606 | Disbursement To Creditor/Principal | 595.31 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Mortgage | 01/14/2026 | 4022261 | Disbursement To Creditor/Principal | 595.30 |
| 6 | PA HOUSING FINANCE AGY/F | Secured Arrears Mortgage | 02/11/2026 | 4023056 | Disbursement To Creditor/Principal | 595.31 |
| 6 | PA HOUSING FINANCE AGY/F | Secured Arrears Mortgage | 04/15/2026 | 4024828 | Disbursement To Creditor/Principal | 595.30 |
| 6 | PA HOUSING FINANCE AGY/F | Secured Arrears Mortgage | 07/15/2026 | 4027521 | Disbursement To Creditor/Principal | 2,477.68 |

Total for Claim Number 6: 36,549.91

**Total for Part 3 - b (Prepetition Arrears):** **36,549.91**

**Part 3 - c (Postpetition Arrears)**

| Debtor 1 | URAINA  WATKINS | Case Number **19-15749-AMC** | Page 2 |
|---|---|---|---|
| | Name | | |

# History Of Payments

**Part 3 - c (Postpetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 06/09/2022 | 3011244 | Disbursement To Creditor/Principal | 3,001.06 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 08/16/2022 | 3013841 | Disbursement To Creditor/Principal | 356.07 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 10/11/2022 | 3016170 | Disbursement To Creditor/Principal | 173.79 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 11/15/2022 | 3017451 | Disbursement To Creditor/Principal | 180.15 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 01/10/2023 | 3019945 | Disbursement To Creditor/Principal | 173.80 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 02/08/2023 | 3021143 | Disbursement To Creditor/Principal | 173.80 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 04/12/2023 | 3023645 | Disbursement To Creditor/Principal | 173.79 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 06/13/2023 | 3026090 | Disbursement To Creditor/Principal | 678.23 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 07/13/2023 | 3027227 | Disbursement To Creditor/Principal | 173.80 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 09/18/2023 | 3029551 | Disbursement To Creditor/Principal | 180.15 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 10/10/2023 | 3030570 | Disbursement To Creditor/Principal | 328.51 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 12/21/2023 | 4000410 | Disbursement To Creditor/Principal | 348.33 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 03/12/2024 | 4003093 | Disbursement To Creditor/Principal | 248.81 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 04/10/2024 | 4004010 | Disbursement To Creditor/Principal | 124.40 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006799 | Disbursement To Creditor/Principal | 979.26 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4006799 | Cancelled Check To Creditor/Principal | -979.26 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 07/17/2024 | 4007364 | Disbursement To Creditor (Principal) | 979.26 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 08/14/2024 | 4007727 | Disbursement To Creditor/Principal | 176.24 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 09/11/2024 | 4008571 | Disbursement To Creditor/Principal | 176.24 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 10/16/2024 | 4009437 | Disbursement To Creditor/Principal | 178.20 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 12/11/2024 | 4011191 | Disbursement To Creditor/Principal | 178.20 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 02/12/2025 | 4012905 | Disbursement To Creditor/Principal | 178.19 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 03/12/2025 | 4013755 | Disbursement To Creditor/Principal | 179.45 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 04/15/2025 | 4014612 | Disbursement To Creditor/Principal | 419.28 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 05/14/2025 | 4015495 | Disbursement To Creditor/Principal | 178.20 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 08/13/2025 | 4018026 | Disbursement To Creditor/Principal | 171.91 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 09/10/2025 | 4018864 | Disbursement To Creditor/Principal | 178.19 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 10/15/2025 | 4019712 | Disbursement To Creditor/Principal | 178.20 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 11/19/2025 | 4020606 | Disbursement To Creditor/Principal | 178.19 |
| 6 | PENNSYLVANIA HOUSING FIN | Secured Arrears Order On Stip Post-Pet | 01/14/2026 | 4022261 | Disbursement To Creditor/Principal | 178.20 |
| 6 | PA HOUSING FINANCE AGY/H | Secured Arrears Order On Stip Post-Pet | 02/11/2026 | 4023056 | Disbursement To Creditor/Principal | 178.19 |
| 6 | PA HOUSING FINANCE AGY/H | Secured Arrears Order On Stip Post-Pet | 04/15/2026 | 4024828 | Disbursement To Creditor/Principal | 178.20 |
| 6 | PA HOUSING FINANCE AGY/H | Secured Arrears Order On Stip Post-Pet | 07/15/2026 | 4027521 | Disbursement To Creditor/Principal | 741.65 |

Total for Claim Number 6: 10,940.68

**Total for Part 3 - c (Postpetition Arrears):** **10,940.68**