United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-15749-amc |
|---|---|
| Uraina Watkins | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 15, 2026 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Uraina Watkins, 217 E. 5th Street, Lansdale, PA 19446-2611 |
| 14388878 | + | Credit Bureau of Lancaster County, Inc, Po Box 1271, Lancaster, PA 17608-1271 |
| 14388879 | + | Credit Bureau of Lancaster County, Inc, 218 West Orange St, Lancaster, PA 17603-3746 |
| 14443317 | + | Pennsylvania Housing Finance Agency, C/O EBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14388888 | + | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 14388887 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2026 02:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2026 02:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14388870 | | Email/Text: collectors@arresourcesinc.com | Jul 16 2026 02:00:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14388871 | | Email/Text: collectors@arresourcesinc.com | Jul 16 2026 02:00:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14388868 | + | Email/Text: EBNProcessing@afni.com | Jul 16 2026 02:01:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388869 | + | Email/Text: EBNProcessing@afni.com | Jul 16 2026 02:01:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388873 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:07:34 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14388872 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 16 2026 02:07:35 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14415025 | | Email/PDF: bncnotices@becket-lee.com | Jul 16 2026 02:07:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14388875 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:35 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14388874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2026 02:07:35 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14388877 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 02:00:00 | Comenitycapital/gmstop, Po Box 182120, Columbus, OH 43218-2120 |
| 14388876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2026 02:00:00 | Comenitycapital/gmstop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2                                  User: admin                                  Page 2 of 3

Date Rcvd: Jul 15, 2026                            Form ID: 138OBJ                            Total Noticed: 38

| 14388881 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
|---|---|---|---|
| | | Jul 16 2026 02:01:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14388880 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Jul 16 2026 02:01:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14388883 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 16 2026 02:07:33 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14388882 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jul 16 2026 02:07:34 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14388884 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jul 16 2026 02:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14442576 | ^ MEBN | | |
| | | Jul 16 2026 01:57:59 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14420316 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 16 2026 02:07:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14388885 | + Email/Text: blegal@phfa.org | | |
| | | Jul 16 2026 02:00:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14388886 | + Email/Text: blegal@phfa.org | | |
| | | Jul 16 2026 02:00:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14450717 | + Email/Text: blegal@phfa.org | | |
| | | Jul 16 2026 02:00:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14393858 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jul 16 2026 02:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14389348 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 16 2026 02:07:25 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388889 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 16 2026 02:07:25 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14388890 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jul 16 2026 02:07:34 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14388891 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | Jul 16 2026 02:06:56 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14388892 | + Email/Text: EDBKNotices@ecmc.org | | |
| | | Jul 16 2026 01:59:00 | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |
| 14388893 | Email/Text: edbknotices@ecmc.org | | |
| | | Jul 16 2026 02:00:00 | Us Dept Ed, Po Box 4222, Iowa City, IA 52244 |
| 14388895 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 16 2026 01:59:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14388894 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 16 2026 01:59:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0313-2                              User: admin                                Page 3 of 3

Date Rcvd: Jul 15, 2026                          Form ID: 138OBJ                            Total Noticed: 38

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                              Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CAMERON DEANE | on behalf of Debtor Uraina Watkins cdeane@weltman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW LOUIS RAZZANO | on behalf of Debtor Uraina Watkins mrazzano@msn.com  support@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Uraina Watkins support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 116 – 114

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
 Uraina Watkins      )   Case No. 19–15749–amc
            )
            )
 Debtor(s).       )   Chapter: 13
            )
            )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 15, 2026           For The Court

                 Mohung Wong
                 Clerk of Court