United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Uraina Watkins

    Debtor

Case No. 19-15749-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Uraina Watkins, 217 E. 5th Street, Lansdale, PA 19446-2611 |
| 14388878 | + | Credit Bureau of Lancaster County, Inc, Po Box 1271, Lancaster, PA 17608-1271 |
| 14388879 | + | Credit Bureau of Lancaster County, Inc, 218 West Orange St, Lancaster, PA 17603-3746 |
| 14443317 | + | Pennsylvania Housing Finance Agency, C/O EBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14388888 | + | Stellar Recovery Inc, 4500 Salisbury Rd Ste 10, Jacksonville, FL 32216-8035 |
| 14388887 | + | Stellar Recovery Inc, Attn: Bankruptcy, 4500 Salisbury Road Ste 105, Jackonville, FL 32216-8035 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 06 2026 02:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 06 2026 06:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14388870 | | Email/Text: collectors@arresourcesinc.com | Aug 06 2026 02:03:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14388871 | | Email/Text: collectors@arresourcesinc.com | Aug 06 2026 02:03:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14388868 | + | Email/Text: EBNProcessing@afni.com | Aug 06 2026 02:04:00 | Afni, Attn: Bankruptcy, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388869 | + | Email/Text: EBNProcessing@afni.com | Aug 06 2026 02:04:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 14388873 | | EDI: CAPITALONE.COM | Aug 06 2026 06:00:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14388872 | + | EDI: CAPITALONE.COM | Aug 06 2026 06:00:00 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14415025 | | Email/PDF: bncnotices@becket-lee.com | Aug 06 2026 02:10:23 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14388875 | + | EDI: CITICORP | Aug 06 2026 06:00:00 | Citibank North America, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14388874 | + | EDI: CITICORP | Aug 06 2026 06:00:00 | Citibank North America, Citicorp Credit Srvs/Centralized Bankrup, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14388877 | + | EDI: WFNNB.COM | Aug 06 2026 06:00:00 | Comenitycapital/gmstop, Po Box 182120, Columbus, OH 43218-2120 |
| 14388876 | + | EDI: WFNNB.COM | Aug 06 2026 06:00:00 | Comenitycapital/gmstop, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Aug 05, 2026 | Form ID: 3180W | Total Noticed: 38

| 14388881 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2026 02:04:00 | Dept Of Ed/582/nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14388880 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 06 2026 02:04:00 | Dept Of Ed/582/nelnet, Attn: Claims/Bankruptcy, Po Box 82505, Lincoln, NE 68501-2505 |
| 14388883 | + | EDI: CAPITALONE.COM | Aug 06 2026 06:00:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14388882 | + | EDI: CAPITALONE.COM | Aug 06 2026 06:00:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14388884 | + | EDI: PENNDEPTREV | Aug 06 2026 06:00:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14442576 | ^ | MEBN | Aug 06 2026 01:57:50 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14420316 | | EDI: PRA.COM | Aug 06 2026 06:00:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14388885 | + | Email/Text: blegal@phfa.org | Aug 06 2026 02:04:00 | Pa Housing Finance Age, Po Box 8029, Harrisburg, PA 17105-8029 |
| 14388886 | + | Email/Text: blegal@phfa.org | Aug 06 2026 02:04:00 | Pa Housing Finance Age, 211 N Front St, Harrisburg, PA 17101-1406 |
| 14450717 | + | Email/Text: blegal@phfa.org | Aug 06 2026 02:04:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14393858 | | EDI: Q3G.COM | Aug 06 2026 06:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14389348 | + | EDI: PRA.COM | Aug 06 2026 06:00:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14388889 | + | EDI: SYNC | Aug 06 2026 06:00:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14388890 | + | EDI: SYNC | Aug 06 2026 06:00:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14388891 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 06 2026 02:10:31 | U.S. Department of HUD, 451 7th Street S.W., Washington, DC 20410-0001 |
| 14388892 | + | Email/Text: EDBKNotices@ecmc.org | Aug 06 2026 02:03:00 | Us Dept Ed, Ecmc/Bankruptcy, Po Box 16408, St Paul, MN 55116-0408 |
| 14388893 | | Email/Text: edbknotices@ecmc.org | Aug 06 2026 02:03:00 | Us Dept Ed, Po Box 4222, Iowa City, IA 52244 |
| 14388895 | + | EDI: VERIZONCOMB.COM | Aug 06 2026 06:00:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14388894 | + | EDI: VERIZONCOMB.COM | Aug 06 2026 06:00:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
| cr | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 05, 2026 | Form ID: 3180W | Total Noticed: 38 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                                     Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CAMERON DEANE | on behalf of Debtor Uraina Watkins cdeane@weltman.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTHEW K. FISSEL | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MATTHEW LOUIS RAZZANO | on behalf of Debtor Uraina Watkins mrazzano@msn.com  support@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Uraina Watkins support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Uraina Watkins | Social Security number or ITIN   xxx–xx–1871 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   19–15749–amc

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Uraina Watkins

8/4/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**