**Fill in this information to identify the case:**

Debtor 1   Uraina Watkins

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  19-15749-ELF

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Pennsylvania Housing Finance Agency      **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:   9  7  1  7

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2022

**New total payment:**    $  1,369.12
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $  369.94      New escrow payment:  $  400.33

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1          Notice of Mortgage Payment Change          page 1

| Debtor 1 | Uraina Watkins | | | Case number (if known) | 19-15749-ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

| ✗ /S/ LEON P. HALLER | Date | 11/01/2022 |
|---|---|---|
| Signature | | |

| Print: | LEON P. HALLER | | | Title | BANKRUPTCY ATTORNEY |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Company | PURCELL KRUG & HALLER |
|---|---|

| Address | 1719 N. FRONT STREET | | |
|---|---|---|---|
| | Number | Street | |
| | HARRISBURG, PA 17102 | | |
| | City | State | ZIP Code |

| Contact phone | 717 234 4178 | Email | LHALLER@PKH.COM |
|---|---|---|---|